NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLORENCE FASHIONS (JERSEY) LIMITED,**
*Appellant,*

v.

**VALENTINO U.S.A., INC.,**
*Appellee.*

---

2011-1110

(Opposition Nos. 91094961 and 91095203)

(Cancellation Nos. 92029390 and 92029476)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Florence Fashions (Jersey) Limited moves for a 30-day extension of time, until May 8, 2011, to file its principal brief. Valentino U.S.A., Inc. opposes. Florence Fashions replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__APR 1 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Linda K. McLeod, Esq.
Anne M. Sterba, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 1 8 2011

**JAN HORBALY**
**CLERK**